[Nos. 6199–6–II; 7024–3–II.   Division Two.   June 29, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD
VICTOR SLAPE II, *Appellant.*

*In the Matter of the Welfare of*
HOWARD VICTOR SLAPE II.

Appeals from judgments of the Superior Court for Cow-

litz County, No. 82–7–1, Don L. McCulloch, J., entered February 24, 1982, and April 6, 1983. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.